AO 91 (Rev 8/01) - Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

**Jose Trevino III**   PRINCIPAL
   YOB:   **1984**
**United States Citizen**

United States District Court
Southern District of Texas
FILED

AUG 23 2016

Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:

**M-16-1557-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 21, 2016** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact Jose Daniel Guzman-Ramos and Carlos Flores-Tejeda, citizens and nationals of the United Mexican States, along with four (4) other undocumented alien, for a total of six (6), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near La Grulla, Texas to the point of arrest near La Grulla, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**   **FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On August 21, 2016, at approximately 2:00 pm, Border Patrol Agent Rodriguez was conducting line watch duties from a covert position near the area locally known as "Valley Onions" which is located on the east end of Lazaro Solis Street in La Grulla, Texas. This area is located less than one mile away from the Rio Grande River.

At approximately 2:10 pm, BPA Rodriguez observed several subjects emerged from the brush near his location. At the same time, BPA Rodriguez observed a blue Chevrolet Impala drive toward the group's location. BPA Rodriguez observed the driver make a U-turn and drove away from the area. BPA Rodriguez advised other units nearby of the events that had just transpired. Agents along with Texas Department of Public Safety (DPS) troopers observed and recognized the vehicle and the driver as a local La Grulla, Texas resident that resides in a house at the corner of Lazaro Solis Street and Las Alegrias Road.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

*approved by*
*AUST* [signature]

Signature of Complainant

**Francisco Armendariz   Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**August 23, 2016**
Date

at   **McAllen, Texas**
City and State

**Dorina Ramos**, U. S. Magistrate Judge
Name and Title of Judicial Officer

*Donna Ramos* [signature]
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-16-1557-M

**RE:**   **Jose Trevino III**

**CONTINUATION:**

Approximately 10 minutes later, BPA Rodriguez reported the same vehicle driving back to where the subjects' location was last seen. BPA Rodriguez then advised over the Service radio that the subjects that had emerged from the brush had boarded the vehicle and that the vehicle had driven away from his location. Moments later agents observed the blue Chevrolet Impala driving westbound on Lazaro Solis Street. As the vehicle approached their location, Agents could easily see several subjects in the back seat attempting to hide from their view. Agents immediately made a U-turn in order to take a closer look at the vehicle and its occupants. As Agents made the U-turn, the driver of the vehicle accelerated and abruptly pulled into his residence, which is located at 473 Pvt Lazaro Solis, La Grulla, TX, 78548.

Agents observed several subjects fleeing from the vehicle and the driver remained in the vehicle. Agents approached the vehicle and placed the driver into custody and responding agents arrived and were able to located six subjects, attempting to hide in the brush approximately 150 feet from the subject's residence.

The six subjects were questioned as to their citizenship and all freely admitted to not having any immigration documentation to be in the United States legally. The driver was identified as Jose Trevino III, DOB: 08/24/1984, a citizen and national of the United States. All subjects were then placed under arrest and were transported to the Rio Grande City Border Patrol Station for processing.

PRINCIPAL STATEMENT:
Jose Trevino III, a citizen and national of the United States was read his Miranda Rights and stated that he understood his rights. Subject stated that he was willing to answer all questions truthfully, without the presence of a lawyer.

Trevino stated that he was born on the 24th of August, 1984 in Mission, TX and is a citizen of the United States. Subject stated that he was offered a job to pick up illegal aliens and was to be paid approximately $250.00 per alien he picked up. Subject stated that he was originally told that he would be picking up four aliens and transporting them to a warehouse located north of the blue and white church in La Grulla, TX. Trevino admitted to picking up six (6) undocumented aliens.

MATERIAL WITNESS STATEMENT #1:

Jose Daniel GUZMAN-Ramos, a citizen and national of the United Mexican States was advised of his Miranda Rights. Subject stated that he understood his rights and was willing to provide a sworn statement without the presence of an attorney.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-16-1557-M

**RE:** Jose Trevino III

**CONTINUATION:**

GUZMAN stated that he made his illegal entry by rafting across the Rio Grande River on August 21, 2016 Subject stated that a friend of his that resides in Virginia made the arrangements for him to be smuggled into the United States. GUZMAN claims that he was charged a total of $7,000.00 USD to be smuggled into the United States and be transported to Virginia. He stated that he and five other people were being smuggled and that once he was in the United States, the guide told them to follow him until he took them near some cane fields where he told them to hide. While waiting for approximately fifteen minutes, another guide that was hiding nearby yelled at them saying that the pick-up vehicle was there. He stated that his group then made their way into a blue, four door car. GUZMAN stated that he sat in the front, between the driver and another passenger. He further states that at this time the driver told them to close the doors and said "let's go". They drove for approximately ten minutes before being stopped.

GUZMAN was able to positively identify Jose Trevino III out of a CBP photo lineup as the driver of the vehicle.

MATERIAL WITNESS STATEMENT #2:

Carlos Flores-Tejeda, a citizen and national of the United Mexican States was advised of his Miranda Rights. Subject stated that he understood his rights and was willing to provide a sworn statement without the presence of an attorney.

FLORES claims to have crossed illegally by rafting across the Rio Grande River near Rio Grande City on August 21, 2016. He stated that an unknown male subject approached him and offered to smuggle him into the United States for $1,500.00 USD. FLORES stated that once he was in the United States, the guide escorted only him, between cane fields until he instructed him to hide. After hiding for approximately twenty minutes, the guide came back and took him to where five other UDA's were hiding. The guide then instructed the group to keep walking until they reached a yellow gate and advised them that a car would be waiting for them. The group then made their way into a blue, four door car. FLORES stated that he sat in the back, behind the driver and that they drove for approximately a couple of minutes before being stopped.

FLORES was able to positively identify Jose Trevino III out of a CBP photo lineup as the driver of the vehicle.